# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wymon Griffin,

    Plaintiff(s),

vs.

Professional Police & Security Service, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-425

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/21/2008 Order.

Signed: August 21, 2008

Frank G. Johns, Clerk
United States District Court